IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| ADAM REYES, #1125420 | § |
| | § |
| V. | § CIVIL ACTION NO. G-05-385 |
| | § |
| RICK PERRY, ET AL. | § |

## ORDER OF DISMISSAL

Before the Court for its Order of Acceptance is a Report and Recommendation of the United States Magistrate Judge, entered on October 26, 2005, which recommends that the instant cause be dismissed with prejudice. The Report and Recommendation specifically provided: "Plaintiff shall have until November 14, 2005, in which to have written objections physically on file in the Office of the Clerk." To date, no objections have been filed.

Upon appropriate review pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1)(C), the Court is satisfied that there is no clear error on the face of the record in these proceedings. Accordingly, the Report and Recommendation is **ACCEPTED** in its entirety and incorporated herein by reference. It is **ORDERED** that this cause is **DISMISSED** with prejudice for failure to exhaust administrative remedies.

**DONE** at Galveston, Texas, this the 1st day of December, 2005.

Samuel B. Kent
United States District Judge